IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERALD L. HUNTER,<br><br>          Plaintiff,<br><br>     v.<br><br>RADIOSHACK CORPORATION; and<br>DOES 1 through 50, inclusive<br><br>          Defendants. | 1:10-cv-02297-AWI-SMS<br><br>ORDER VACATING HEARING<br>DATE OF JANUARY 23, 2012<br>AND TAKING MATTER<br>UNDER SUBMISSION |

   The motion of defendant Radioshack Corporation for summary judgment has been set for hearing on January 23, 2012.  The Court, having reviewed the pleadings of record and all competent and admissible evidence submitted, finds this matter suitable for decision without oral argument.  *See* Local Rule 230(g).  Accordingly, the previously scheduled hearing date of January 23, 2012 is hereby VACATED, and the parties shall not appear at that time.  The Court will take the matter under submission and thereafter issue its decision.

IT IS SO ORDERED.

Dated:     January 9, 2012                                              _____
                                                                                              CHIEF UNITED STATES DISTRICT JUDGE