# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERALD L. HUNTER, ) | 1:10-cv-02297-AWI-SMS |
| Plaintiff, ) | |
| ) | ORDER CONTINUING PRETRIAL CONFERENCE DATE OF APRIL 12, 2012 TO APRIL 19, 2012 |
| v. ) | |
| ) | |
| RADIOSHACK CORPORATION; and ) DOES 1 through 50, inclusive ) | |
| ) | |
| Defendants. ) | |

A pretrial conference has been scheduled for Thursday, April 12, 2012 at 8:30 a.m. in courtroom #2. Pursuant to Local Rule 281(a)(2), counsel for both parties were required to file a joint pretrial statement on or before April 5, 2012. No pretrial statement has been filed as of April 9, 2012.

Accordingly, the pretrial conference of April 12, 2012 is hereby CONTINUED to Thursday, April 19, 2012 at 10:00 a.m. in courtroom #2. The Court further directs the parties to file a joint pretrial statement on or before Thursday, April 12, 2012. If the parties fail to file a joint pretrial statement by the foregoing date, an order to show cause re: sanctions shall be issued forthwith by the Court.

IT IS SO ORDERED.

Dated:   April 9, 2012

_____
CHIEF UNITED STATES DISTRICT JUDGE