1   Law Offices
    RICHARD L. MOSER
2   Post Office Box 899
    Mariposa, California 95338-0899
3   209/966-5144
    State Bar No. 42328
4

5   Attorney for <u>Plaintiff</u>

6

7

8              **UNITED STATES DISTRICT COURT**

9              **EASTERN DISTRICT OF CALIFORNIA**

10

11   GERALD L. HUNTER       )   Case No.   1:10-CV-02297-AWI-SMS
                           )
12            Plaintiff   )
                           )
13   v.                    )
                           )   NOTICE OF CASE SETTLEMENT
14                           )
                           )
15   RADIOSHACK CORPORATION and )
    and DOES 1 - 50, Inclusive,     )
16                           )
               Defendants   )
17   _____)

18

19   TO:    The Clerk of the United States District Court for the Eastern District of California, Fresno

20   Division:

21

22         PLEASE TAKE NOTICE that this case has been settled in its entirety, and that a stipulation

23   for dismissal will be filed within 30 days.

24

25        Dated: April 10, 2012

26

27                          /s/_____
                                RICHARD L. MOSER
28                               Attorney for Plaintiff

1      PROOF OF SERVICE BY MAIL

2

3   STATE OF CALIFORNIA, COUNTY OF MARIPOSA

4

5          I am a resident of the County of Mariposa, State of California.  I am over the age of 18 and

6   not a party to the within action.  My business address is Post Office Box 899, Mariposa, California

7   95338.

8          On April 10, 2012, I served the foregoing document:

9

10             Notice of Case Settlement

11

12   on the interested parties in this action by placing a true copy thereof enclosed in a sealed envelope with

13   postage thereon fully prepaid and causing said envelope to be deposited in the mail at Mariposa,

14   California, addressed as follows:

15

16             Walter W. Whelan
                Law Offices of Walter W. Whelan
17             7447 North First Street, Suite 101
                Fresno, California 93720
18

19

20          I declare, under penalty of perjury of the laws of the State of California, that the foregoing is

21   true and correct.  Executed April 10, 2012, at Mariposa, California.

22

23

24             /s/ ROXANNA MOSER

25

26

27

28