# IN THE UNITED STATES DISTRICT COURT FOR THE

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERALD L. HUNTER,<br><br>        Plaintiff,<br><br>    v.<br><br>RADIOSHACK CORPORATION; and<br>DOES 1 through 50, inclusive<br><br>        Defendants. | 1:10-cv-02297-AWI-SMS<br><br>ORDER EXTENDING TIME TO FILE STIPULATION AND PROPOSED ORDER OF DISMISSAL |

The Court refers the parties to the orders of January 25, 2012 and April 10, 2012 for a partial chronology of the proceedings. On April 10, 2012, plaintiff Gerald L. Hunter filed a notice of settlement informing the Court the case had settled in its entirety and that a stipulation for dismissal would be filed by the parties within 30 days. Pursuant to the notice of settlement, and in accordance with Local Rule 160(b), the Court (Snyder, J.) issued a minute order on April 11, 2012 vacating all existing dates and directing the parties to e-file and e-mail to awiorders@caed.uscourts.gov by May 10, 2012 a stipulation and proposed order of dismissal for the Court's approval. On May 10, 2012, the parties provided a letter to the Court stating they were in the process of finalizing a release and settlement agreement and expected to resolve the matter within two weeks, at which time a dismissal would be filed. Based on the foregoing representations, the Court hereby extends the time to file by two weeks. Accordingly, the parties shall have through May 24, 2012 to file a stipulation and

proposed order of dismissal.  No further extensions shall be granted absent a showing of good cause.

IT IS SO ORDERED.

Dated:   May 11, 2012

CHIEF UNITED STATES DISTRICT JUDGE

2