IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERALD L. HUNTER,<br><br>    Plaintiff,<br><br>    v.<br><br>RADIOSHACK CORPORATION; and DOES 1 through 50, inclusive<br><br>    Defendants. | 1:10-cv-02297-AWI-SMS<br><br>ORDER DISMISSING ACTION WITH PREJUDICE PURSUANT TO STIPULATION<br><br>(Doc. 26) |

The Court refers the parties to the orders of January 25, 2012 and April 10, 2012 for a partial chronology of the proceedings. On April 10, 2012, plaintiff Gerald L. Hunter filed a notice of settlement informing the Court the case had settled in its entirety and that a stipulation for dismissal would be filed by the parties within 30 days. Pursuant to the notice of settlement, and in accordance with Local Rule 160(b), the Court (Snyder, J.) issued a minute order on April 11, 2012 vacating all existing dates and directing the parties to e-file and e-mail to awiorders@caed.uscourts.gov by May 10, 2012 a stipulation and proposed order of dismissal for the Court's approval.

On May 10, 2012, the parties provided a letter to the Court stating they were in the process of finalizing a release and settlement agreement and expected to resolve the matter within two weeks, at which time a dismissal would be filed. Based on the foregoing representations, the Court extended the time to file a stipulation and proposed order of dismissal to May 24, 2012.

On May 23, 2012, the parties filed a joint stipulation for order dismissing the complaint. The stipulation, signed by counsel for both parties and dated May 23, 2012, provided as follows:

> "PLAINTIFF, GERALD L. HUNTER, by and through his attorney, Richard L. Moser, and Defendant RADIOSHACK CORPORATION, by and through its attorneys, the Whelan Law Group, by Walter W. Whelan, hereby stipulate that the parties have entered into a binding confidential settlement agreement to resolve the disputes in this case. As part of that settlement agreement, the parties are hereby requesting that this Court dismiss with prejudice this pending action."

Pursuant to the parties' stipulation and good cause appearing therefor, the Court hereby DISMISSES this action with prejudice as to all defendants and directs the Clerk of Court to close the case.

IT IS SO ORDERED.

Dated:   May 24, 2012

                                       CHIEF UNITED STATES DISTRICT JUDGE